■ VILLAGE OF ILION et al., as Municipal Corporations and on Behalf of Their Constituent Taxpayers, Appellants, v COUNTY OF HERKIMER, Individually and as Administrator of the Herkimer County Self-Insurance Plan, et al., Respondents. (Appeal No. 1.) VILLAGE OF ILION et al., as Municipal Corporations and on Behalf of Their Constituent Taxpayers, Appellants, v COUNTY OF HERKIMER, Individually and as Administrator of the

Herkimer County Self-Insurance Plan, Respondent, et al., Defendants. (Appeal No. 2.) [886 NYS2d 64]—Motion for reargument or clarification denied. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.